COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| MICHAEL JAMES SPITZER, | | No. 08-22-00059-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 394th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Brewster County, Texas |
| | § | |
| State. | | (TC# CR04955) |
| | § | |

## **O R D E R**

The Court GRANTS the State's second motion for extension of time within which to file the brief until **February 11, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Honorable William Parham, the State's attorney, prepare the State's brief and forward the same to this Court on or before February 11, 2023.

IT IS SO ORDERED this 27th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.